April 14, 1908. Decided April 20, 1908. *Per Curiam.* Decree of United States Circuit Court of Appeals reversed with costs and decree of Circuit Court of the United States for the Eastern District of Arkansas affirmed with costs and cause remanded to that court. *Ballard* v. *Hunter,* 204 U. S. 241. *Mr. A. B. Shafer, Mr. L. P. Berry* and *Mr. James K. Jones* for petitioners. No appearance for respondents.

No. 171. THE SAVINGS DEPOSIT BANK & TRUST COMPANY OF ELYRIA, OHIO, APPELLANT, *v.* NATHAN LOESER, TRUSTEE OF THE ESTATE OF CASSIE L. CHADWICK, BANKRUPT. Appeal from the United States Circuit Court of Appeals for the Sixth Circuit. Argued April 13 and 14, 1908. Decided April 27, 1908. *Per Curiam.* Appeal dismissed for the want of jurisdiction. *Chapman, trustee, &c.,* v. *Bowen,* 207 U. S. 89; and see *Bank* v. *Klug,* 186 U. S. 202. General Order XXXVI. *Mr. John C. Hale* and *Mr. W. W. Boynton* for appellant. *Mr. Amos Burt Thompson, Mr. Charles P. Hine, Mr. Nathan Loeser, Mr. Frederick L. Taft* and *Mr. C. K. Arter* for appellee.

No. 680. JAMES S. YEATES, APPELLANT, *v.* GEORGE B. ROBERSON, SHERIFF, ETC. Appeal from the District Court of the United States for the Southern District of Georgia. Argued and submitted April 27, 1908. Decided May 4, 1908. *Per Curiam.* Final order affirmed. *Mr. John Randolph Cooper* for appellant. *Mr. John C. Hart* for appellee.

*Decisions on Petitions for Writs of Certiorari from February 25 to May 4, 1908.*

No. 571. CHARLES C. MAY, PETITIONER, *v.* THE UNITED STATES. March 2, 1908. Petition for a writ of certiorari to